UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X

Matiya J. Fontaine

Plaintiff,

- against -

REMCO Maintenance LLC

Defendants.
------------------------------------------X

**ORIGINAL**

**CV 08 3314**

COMPLAINT

**IRIZARRY, J.**

Jury Trial Demanded

**BLOOM, M.J.**

I. Parties:

Plaintiff Matiya J. Fontaine, resides at P.O. Box 22766, B'Klyn 11202-2765

Defendant REMCO LLC resides at 47-30 35th ST., LIC, NY 11101

Defendant _____, resides at _____

II. The jurisdiction of the Court is invoked pursuant to FMLA.

III. Statement of Claim. (ATTACHED)

IV. Remedy. PUNITIVE DAMAGES TEN (10) MILLION DOLLARS, PAYMENT OF DISABILITY DENIED, MEDICAL, DENTAL EXPENSES

Date 7 Aug 2008

[signature] Matiya Fontaine

(646) 229-2086
Telephone Number

RECEIVED AUG 0 7 2008 PRO SE OFFICE

III. Statement of Claim

Prior to going out on disability, I complained to Bill Naples (whom I reported directly to) that Don Barks (Dept. Supervisor and Credit Manager) had problems with me and the fact that I got yet another salary increase and he had not. Repeating to Bill Naples that Don said "Bill should fire you and hire frank (temp) since he is younger and would cost less, then maybe I would get a raise." Bill directed me to work it out with Don. I informed Bill that I had tried, but, to no avail. I also asked Bill that he and Lori (HR) stop discussing my salary and/or increases.

Don subsequently began to abuse his power and authority and began a campaign of harassment and intimidation that included telling Bill that I was incompetent and not doing my job; although the outside Accountants gave me praise and accolades for the outstanding work I had done in turning around the accounts receivables area!